UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

YOUNG S. KOO,                                )
                                             )
          Petitioner                         )
                                             )
     vs.                                     )          CAUSE NO. 2:07-CV-348 RM
                                             )
INDIANA PAROLE BOARD,                        )
                                             )
          Respondent                         )

OPINION AND ORDER

Petitioner Young S. Koo filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging the judgment of conviction entered against him on July 31, 1992, by the Lake Superior Court, for rape. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, district courts are obligated to review a habeas corpus petition and to dismiss it if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief . . .." *Id.* This rule provides district courts with a gatekeeping responsibility to sift through habeas corpus petitions and dismiss those petitions which obviously lack merit.

The petitioner appealed to the Court of Appeals of Indiana, which affirmed his convictions on September 22, 1994.  On October 23, 1997, Mr. Koo filed a petition for post-conviction relief, which the trial court denied on September 22, 1998. Mr. Koo did not appeal the denial of this petition. On March 1, 2007, Mr. Koo sought permission to file a successive post-conviction petition, but the Indiana Court of Appeals denied him leave to file a second and successive petition on March 26, 2007, and denied his request for reconsideration on July 9, 2007.

Mr. Koo filed a petition for writ of habeas corpus in <u>Koo v. McBride</u>, 3:95cv23 AS, which this court denied on April 4, 1996. The court of appeals affirmed the denial of his habeas petition on September 26, 1997.  On November 8, 1999, Mr. Koo filed a second petition for writ of habeas corpus in <u>Koo v. Newkirk</u>, 3:99cv643 AS. This court denied the petition on February 11, 2000. The court of appeals dismissed the appeal on May 30, 2000. On December 28, 1999, Mr. Koo filed another petition for writ of habeas corpus in <u>Koo v. Newkirk</u>, 3:99cv748 AS. On March 1, 2000, this court dismissed that petition as successive.

"A claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed." 28 U.S.C. § 2244(b)(1).

> Before a second or successive application permitted by [28 U.S.C. § 2244(b)(2) which was not presented in a prior application] is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.

28 U.S.C. § 2244(b)(3).

Mr. Koo hasn't obtained an order from the court of appeals permitting him to file a second or successive petition either seeking another review of issues presented in his earlier petitions or to present issues not presented in 3:95cv23 AS or 3:99cv643 AS. "A district court <u>must</u> dismiss a second or successive petition . . . unless the court of appeals has given approval for its filing." <u>Nunez v. United States</u>, 96 F.3d 990, 991 (7th Cir. 1996) (emphasis in original).

Accordingly, for the reasons stated in this order, the court DISMISSES this petition for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court. The petitioner may seek leave of the United States Court of Appeals for the Seventh Circuit to file a second and successive petition.

SO ORDERED.

DATED: November   15  , 2007


                                    ___/s/ Robert L. Miller, Jr.___
                                    Chief Judge
                                    United States District Court